*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EU3C USA, INC, <br><br> Plaintiff/ <br> Counterclaim-Defendant, <br><br> v. <br><br> AMERICAN MUSICAL SUPPLY, INC., & RETAIL SOLUTIONS, LLC, <br><br> Defendants/ <br> Counterclaim-Plaintiffs. | Case No.: CV-09-1789 JW (RS) <br><br> [~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

Pursuant to Stipulation of the Parties, Federal Rule of Civil Procedure 6(a), Local Rules 6-1(b), 6-2, and 7-12, and for good cause shown, the Court hereby orders the following new scheduling dates:

November 16, 2009   -   Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and, file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference.

| | | |
|---|---|---|
| November 27, 2009 | - | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement. |
| December 7, 2009 | - | Initial Case Management Conference (CMC) in Courtroom 8, 4th Floor, San Jose, at 10:00 AM. |

On or before **November 30, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

IT IS SO ORDERED AS MODIFIED.

Date: November 16, 2009

_____
James Ware
United States District Judge