UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EU3C USA, INC., a California Corporation,<br><br>　　　　　　Plaintiff and Counter Defendant,<br><br>vs.<br><br>AMERICAN MUSICAL SUPPLY, INC., a New Jersey Corporation, RETAIL SOLUTIONS, LLC, a New Jersey limited liability company,<br><br>　　　　　　Defendants and Counter Plaintiffs | No. 09 01789 JW (HRL)<br><br>(PROPOSED) ORDER RE: STIPULATION TO EXTEND TIME FOR COMPLETING ADR |

Having considered the parties submission and Joint Stipulation To Extend Time For Completing ADR and finding good cause therefore, the Court hereby orders that the deadline for completing ADR in this matter is extended to _____July 29,_____, 2010.

IT IS SO ORDERED.

Dated: April 20, 2010　　　　　　　_____

　　　　　　　　　　　　　　　　　　James Ware, United States District Judge