*IT IS SO ORDERED*

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EU3C USA, INC., <br><br> Plaintiff, <br> Counterclaim Defendant, <br><br> v. <br><br> AMERICAN MUSICAL SUPPLY, INC., & RETAIL SOLUTIONS, LLC, <br><br> Defendants, <br> Counterclaim Plaintiffs. | Case No. CV-09-1789 JW (RS) <br><br> [~~PROPOSED~~] ORDER OF DISMISSAL |

Upon the stipulation of the Parties, by their respective counsel,

IT IS ORDERED THAT this action, including all claims and counterclaims, is dismissed without prejudice and each party to bear their own costs.

The Clerk shall close this file.

Dated: July 28, 2010

_____
JAMES WARE
United States District Judge